UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE PEAVY,

    Plaintiff,

vs.     Case No. 8:11-cv-0508-T-27EAJ

JACK KLAUSNER, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 20) submitted by the Magistrate Judge recommending that Defendant's Motion to Dismiss and/or Transfer (Dkt. 4) be **GRANTED**. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's Motion to Dismiss and/or Transfer (Dkt. 4) is **GRANTED**.

3) The Clerk is directed to **TRANSFER** this action to the District of Arizona.

4) The Clerk is further directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this 29th day of August, 2011.

                                  JAMES D. WHITTEMORE
                                  United States District Judge

Copies to: Counsel of record